UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATE OF ANTONIDE DORCE, deceased, and BETTY
DORCE EXUME, individually, JACQUELIN BERTRAND
and MARIE LILIANE MILARD,

                                        Plaintiffs,

      -against-

GREYHOUND LINES, INC.,

                                        Defendants.
--------------------------------------------------------------------X

PETITION FOR REMOVAL
Jury Demanded

Judge

ECF CASE

06 6540

      Defendants, Greyhound Lines, Inc., petitioner for the removal of this action from the Supreme Court of the State of New York, County of Nassau, to the United States District Court, Eastern District of New York, respectfully shows this Honorable Court:

      **FIRST:**     Plaintiff commenced an action against the above named Defendant in a Civil Action brought against it in the Supreme Court of the State of New York, County of Nassau, entitled:

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU**
--------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATE OF ANTONIDE DORCE, deceased, and BETTY
DORCE EXUME, individually, JACQUELIN BERTRAND
and MARIE LILIANE MILARD,

                                        Plaintiffs,

      -against-

GREYHOUND LINES, INC.,

                                        Defendants.
--------------------------------------------------------------------X

Index No.: 017878/06

A copy of the Summons and Complaint in this action is annexed hereto as **Exhibit "A"** and made a part hereof and upon information and belief, constitute all process, pleadings and orders allegedly served upon any party in this action.

**SECOND:** Upon information and belief, Defendant Greyhound Lines Inc. was served with process on or around November 21, 2006 through the Secretary of the State of New York.

**THIRD:** This is an action of civil nature in which the District Courts of the United States have been given original jurisdiction in that there exists diversity of citizenship between the plaintiffs and the defendant and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs. Accordingly, there exists original jurisdiction in the District Courts of the United States as provided in 28 U.S.C. Section 1332.

**FOURTH:** Under the provisions of 28 U.S.C. Section 1441, the right exists to remove this Civil Action from the Supreme Court of the State of New York, County of Nassau to the United States District Court for the Eastern District of New York, which embraces the place where this action is pending.

**FIFTH:** This action involves a controversy between citizens of different states. The plaintiffs are now and were at commencement of the action a citizens and residents of the State of New York, and the defendant, Greyhound Lines, Inc. is currently and on the accident date a Texas Corporation, at all times having its principal place of business in Dallas, Texas and was incorporated in the State of Delaware.

**SIXTH:** In accordance with the requirements of 28 U.S.C. Section 1446 this Petition for Removal is filed within thirty (30) days after the service of the Summons and Complaint on the defendants.

**SEVENTH:** Pursuant to the provisions of 28 U.S.C. Section 1446, defendant attaches herewith and incorporates herein by reference copies of the following items served in this action:

a) Plaintiff's Summons and Complaint against defendant, for damages filed in the Supreme Court of the State of New York, County of Nassau, bearing index number 017878/06 marked as **Exhibit "A"**.

**EIGHTH:** By reason of the foregoing, defendant desires and is entitled to have this action removed from the Supreme Court of the State of New York, County of Nassau to the United States District Court for the Eastern District of New York, such being the District where said suit is pending.

**NINTH:** Concurrent with the filing and service of this Petition for Removal, Defendants are serving this Petition for Removal upon the plaintiffs' attorney, and filing a copy of this Petition for Removal with the clerk of the Court for the Supreme Court of the State of New York, County of Nassau.

**WHEREFORE**, defendant prays that the above entitled action now pending against it in the Supreme Court of the State of New York, County of Nassau, be removed therefrom that Court.

Dated: New York, New York
December 8, 2006

By: _____
BRIAN DONNELLY, ESQ. (BJD- 4759)
Ahmuty, Demers & McManus, Esqs.
Attorneys for Defendants
GREYHOUND LINES, INC.
200 I.U. Willets Road
Albertson, New York 11507
(516) 294-5433
Our File No.: GRH 1155F6 BJD