UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATE OF ANTONIDE DORCE, deceased, and BETTY
DORCE EXUME, individually, JACQUELIN BERTRAND
and MARIE LILIANE MILARD,

                                      Plaintiffs,

    -against-

GREYHOUND LINES, INC.,

                                      Defendants.
-------------------------------------------------------------------X

STATEMENT PURSUANT TO RULE 7.1

Docket No.: SEYBERT, J

Judge

ECF CASE    WALL M.J.

FILED
DEC 0 8 2006

      Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Eastern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, GREYHOUND LINES, INC. derivate non-governmental parties, certifies that the following are corporate parents, subsidiaries, and/or affiliates of said parties which are publicly held:

    Laidlaw International, Inc.
    Laidlaw Transportation Holdings, Inc.
    American Bus Sales Associates, Inc.
    Americanos U.S.A., L.L.C.
    Autobuses Americanos, S.A. de C.V.
    Autobuses Amigos, L.L.C.
    Autobuses Amigos, S.A. de C.V.
    Autobuses Crucero, S.A. de C.V.
    Gateway Ticketing Systems, Inc.
    Gonzalez, Inc. d/b/a Golden State Transportation
    Greyhound Transit Ltd.
    Omnibus Americanos, S.A. de C.V.
    Transportation Realty Income Partners, L.P.

Union Bus Station of Oklahoma City, Oklahoma
Wilmington United Bus Station Corporation

Dated: New York, New York
December 8, 2006

By: _____
BRIAN DONNELLY, ESQ. (BJD- 4759)
Ahmuty, Demers & McManus, Esqs.
Attorneys for Defendants
GREYHOUND LINES, INC.
200 I.U. Willets Road
Albertson, New York 11507
(516) 294-5433
Our File No.: GRH 1155F6 BJD