AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                   : SS.:
COUNTY OF NEW YORK )

        CHRISTINE LOCKLIN, being duly sworn deposes and says that deponent is not a party to this action is over 18 years of age and resides in East Islip, New York.

        That on the 8th day of December, 2006 deponent serve the within STATEMENT PURSUANT TO RULE 7.1 and PETITION FOR REMOVAL upon:

RUBENSTEIN & RYNECKI, ESQS.
16 COURT STREET, SUITE 1717
BROOKLYN, NEW YORK 11241

the attorneys for the respective party, hereto at the address designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                                CHRISTINE LOCKLIN

SWORN BEFORE ME THIS
8th DAY OF DECEMBER, 2006

THERESA FIELDS
Notary Public, State of New York
No. 24-5011121
Qualified in Kings County
Commission Expires April 12, 2007