

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK )
                    : SS.:
COUNTY OF NEW YORK )

      CHRISTINE LOCKLIN, being duly sworn deposes and says that deponent is not a party to this action is over 18 years of age and resides in East Islip, New York.

      That on the 13th day of December, 2006 deponent serve the within VERIFIED ANSWER, NOTICE RE: MEDICALS, NOTICE FOR DISCOVERY & INSPECTION, NOTICE DECLINING SERVICE VIA ELECTRONIC MEANS, DEMAND FOR EXPERT WITNESS INFORMATION, DEMAND FOR COLLATERAL SOURCE INFORMATION, DEFENDANT'S FIRST DEMAND FOR INTERROGATORIES and NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION upon:

RUBENSTEIN & RYNECKI
ATTORNEYS FOR PLAINTIFF
16 COURT STREET, SUITE 1717
BROOKLYN, NEW YORK 11241

the attorneys for the respective party, hereto at the address designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                                  CHRISTINE LOCKLIN

SWORN BEFORE ME THIS
13th DAY OF DECEMBER, 2006

ALYCIA KATHERINE STEVENSON
Notary Public, State of New York
No. 02ST6147344
Qualified in Nassau County
Commission Expires May 30, 2010