UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BETTY DORCE EXUME, as Administratrix of
the Estate of Antonide Dorce, deceased, et al.,

                       Plaintiff(s),                       **INITIAL CONFERENCE
                                                ORDER**

          -against-                                  CV 06-6540  (JS) (WDW)

GREYHOUND LINES, INC.,
                       Defendant(s).
-----------------------------------------------------------X
**WALL, Magistrate Judge:**

**Conference Date:**     <u>**FEBRUARY 20, 2007**</u> at **2:00 P.M.** in Courtroom 820, United States
Federal Courthouse, Central Islip, New York.  The parties are directed to
confirm the date and time of this conference with each other.

       The above-captioned case has been referred to United States Magistrate Judge William D.
Wall for purposes of scheduling discovery, resolution of discovery disputes, settlement
conferences and any other purposes set forth at 28 U.S.C. §636 (b)(1)(A).  All counsel and/or pro
se parties must be present for an initial conference at the date and time indicated above.  Prior to
this conference, counsel and/or pro se parties are expected to be familiar with the Federal Rules
of Civil Procedure concerning discovery - *see generally,* Fed. R. Civ. P. Rules 16 & 26-37, and
the Individual Rules of the undersigned enclosed with this order.

       **Prior to this conference, the parties, with limited exceptions, must hold a discovery
planning conference pursuant to Fed. R. Civ. P. Rule 26 (f), must provide automatic
disclosure pursuant to Rule 26(a)(1) unless this proceeding is exempted from such
disclosure pursuant to Rule 26(a)(1)(E), and must file a proposed discovery plan consistent
with the factors set forth in Rule 26 (f)(1)-(4).**

       The proposed discovery plan, which must be electronically filed under "Other
Documents" as a "Proposed Scheduling Order" **prior** to the conference, should reflect the
general rule that discovery is to be completed within six to nine months of the date of the initial
conference, and should include any agreements the parties have reached regarding discovery.  It
should also include a proposed deadline for the completion of all discovery, a deadline for
motions to amend pleadings, including joinder of additional parties, a deadline by which
dispositive motions must be made, and a trial-ready date.

Dated: Central Islip, New York              **SO ORDERED:**
       January 10, 2007

                                       /s/ William D. Wall
                                  WILLIAM D. WALL
                                  United States Magistrate Judge