UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATE OF ANTONIDE DORCE, deceased, and BETTY
DORCE EXUME, individually, JACQUELIN BERTRAND
and MARIE LILIANE MILARD,

                          Plaintiffs,

       - against -

GREYHOUND LINES, INC.,

                       Defendant
--------------------------------------------------------------------X

CONSENT TO CHANGE
ATTORNEY

Civ. 06 6540

       **IT IS HEREBY STIPULATED AND AGREED,** that FABIANI COHEN & HALL,

LLP, 570 Lexington Avenue, 4th Floor, New York, New York 10022, be substituted as attorneys

of record for the defendant GREYHOUND LINES, INC., in the above entitled action in place

and instead of AHMUTY, DEMERS & MCMANUS, ESQS., 123 William Street, 26th Floor,

New York, NY 10038 as of the date hereof.

Dated:  New York, New York
       January 29, 2007

By: Brian Donnelly, Esq. (BJD 4759)
AHMUTY, DEMERS & MCMANUS, ESQS.
Outgoing Counsel for Defendant
GREYHOUND LINES, INC.
123 William Street, 26th Floor
New York, NY 10038
(212) 513-7788

By:   Kevin B. Pollak, Esq. (KBP 6098)
FABIANI COHEN & HALL, LLP
Incoming Counsel for Defendant
GREYHOUND LINES, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

346711.1

GREYHOUND LINES, INC.

By: _____
    Raymond J. McQueen, Jr.
    Vice President

Sworn to before me this

31st day of January , 2007

_____
    NOTARY PUBLIC

> DIANA S. MURRAY
> MY COMMISSION EXPIRES
> October 31, 2008

SO ORDERED

_____
U.S.D.J.

Betty Dorce Exume, as Administratrix of the Estate of Antonide Dorce, deceased, and Betty Dorce Exume, individually, Jacquelin Bertrand and Marie Liliane Milard v. Greyhound Lines, Inc.
06 Civ. 6540  -  Our File No. 818.34464

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                 ) ss.:
COUNTY OF NEW YORK )

     CLAUDETTE RIGG, being duly sworn, says: I am not a party to this action, am over 18 years of age and I reside in the County of Kings, State of New York.

     On the 14th day of February, 2007, I served the within:

### CONSENT TO CHANGE ATTORNEY

Upon:

Scott Rynecki, Esquire
RUBENSTEIN & RYNECKI
Attorneys for Plaintiffs
16 Court Street, Suite 1717
Brooklyn, NY 11241
(718) 522-1020

by first-class mail to the address designated by said parties for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                CLAUDETTE RIGG

Sworn to before me this
14th day of February, 2007.

     NOTARY PUBLIC

Nancy I. Rivera
Notary Public, State of New York
No. 01RI6058556
Qualified in New York County
Commission Expires 5/14/2007

348731.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATE OF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and MARIE LILIANE MILARD,

                                    Plaintiffs,

        - against -

GREYHOUND LINES, INC.,

                                  Defendant
---------------------------------------------------------------------X

**CONSENT TO CHANGE
ATTORNEY**

**Civ. 06 6540**

---

### CONSENT TO CHANGE ATTORNEY

---

**FABIANI COHEN & HALL, LLP**
**Attorneys for Defendant**
**GREYHOUND LINES, INC.,**
**570 Lexington Avenue-4th Floor**
**New York, New York 10022**
**(212) 644-4420**

To:  Attorney(s) for:
Sir(s):

       PLEASE TAKE NOTICE that a               of which the within is a (true)
(certified) copy

       [ ]NOTICE OF ENTRY *was duly entered in the within named court on*
2007

       [ ]NOTICE OF SETTLEMENT *will be presented for settlement to the Hon.*
       *one of the judges of the within named court at the Courthouse at* on  ,    2007 at
o'clock

Dated:

                               Yours, etc.,
                  FABIANI COHEN & HALL, LLP
                570 Lexington Avenue, 4th Floor
                  New York, New York 10022
                    (212) 644-4420

To:

Attorney(s) for: