# RUBENSTEIN & RYNECKI
ATTORNEYS AT LAW
16 COURT STREET, SUITE 1717
BROOKLYN, NEW YORK 11241
Tel. (718)522-1020
Fax. (718)522-3804

SANFORD A. RUBENSTEIN
SCOTT RYNECKI*

ROBERT H. PETITT
KLIOPATRA VRONTOS*
ROBERT MIJUCA
RICHARD M. LEVY
ALLEN C. GOODMAN
JERA RANDESI
SCOTT B. TENENBAUM*

* ADMITTED IN NY & NJ

February 15, 2007

**Via Electronic Case Filing and Facsimile**
Hon. William D. Wall
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

      Re: Betty Dorce Exume, et al. vs. Greyhound Bus Line
      Docket Number: CV 06-6540
      Initial conference date: February 20, 2007

Your Honor:

    Please accept this letter on behalf of the plaintiffs counsel in above entitled action.

**Relevant Facts:**
The action was originally commenced in Supreme Court of Nassau County and was subsequently removed to federal court based upon diversity of citizenship. The plaintiffs reside in Nassau County New York and Montrel, Canada. The accident occurred in Westport, New York and the defendants maintain business in Texas. The accident occurred on August 28, 2006 when a Greyhound bus which was owned and operated by the defendants, lost control and careened off Interstate 87, injuring the plaintiffs herein who were passengers on said bus.

**Medical Disclosure:**
As a result of the accident, plaintiff, Antonide Dorce was pronounced dead at the scene. Plaintiff, Jacqueline Betrand, sustained bilateral multiple rib fractures, bilateral hemothorax, hematoma and swelling of the brain and multiple contusions to the head, face, hands and legs. Plaintiff, Marie Lillian Milard, sustained a hematoma to the head.

Page 2
February 15, 2007
Justice Wall
Re: Betty Dorce Exume, et al. vs. Greyhound Bus Line
Docket Number: CV 06-6540

### STATUS OF DISCOVERY

Plaintiffs' counsel has recently been advised that here has been a substitution and change of counsel for the defendant, the law firm of Fabiani, Cohen and Hall now represent the defendants in this matter.

Plaintiffs' counsel has recently been informed by plaintiff, Marie Milard, that she is continuing her medical treatment with numerous facilities in Montreal, Canada, where she resides. Plaintiffs' counsel is attempting to obtain her medical records from these new facilities in Canada so they may be provided to defense counsel together with plaintiff's automatic disclosure responses.

Additionally, upon a telephone conversation with Mr. Pollack of Fabiani, Cohen and Hall, it has been discovered that multiple actions have been commenced and filed in various jurisdictions concerning the same accident.

It is therefore respectfully requested that the Initial conference currently scheduled for February 20, 2007 be adjourned until March 27, 2007, so that plaintiff may fully provide medical records and Automatic Disclosure responses to the defendants' counsel prior to the Initial Conference and so the status of these other actions may be ascertained.

Very truly yours,

ROBERT PETITT, ESQ. (RP4953)
Attorney for the plaintiff

/sv