# POLICE ACCIDENT REPORT
**MV-104A (7/01)**
DMV COPY

Local Codes
1680389
SPPK16000120

DOT Case: SB0163990

**19**
**47**

**20**
**X**

## 1 — VEHICLE 1

| Accident Date Month Day Year | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | | | |
|---|---|---|---|---|---|---|---|---|
| 08 / 28 / 2006 | Mon | 18:43 | 1 | 48 | 5 | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos ☒ Yes ☐ No |
| | | | | | | Accident Reconstructed ☒ | | |

☐ VEHICLE 2    ☐ BICYCLIST    ☐ PEDESTRIAN    ☐ OTHER PEDESTRIAN

**2**

**21**

| VEHICLE 1 - Driver License ID Number | 691717761 | State of Lic. NY | VEHICLE 2 - Driver License ID Number | | State of Lic. |
|---|---|---|---|---|---|
| Driver Name—exactly as printed on license | BURGESS, RONALD | | Driver Name—exactly as printed on license | | |

Address (Include Number & Street)  455 ACKERMAN AVE    Apt. No.    Address (Include Number & Street)    Apt. No.

**22**

City or Town  CENTRAL ISLIP    State NY    Zip Code 11722    City or Town    State    Zip Code

**3**
**1**

| Date of Birth 07 / 11 / 1954 | Sex M | Unlicensed ☐ | No. of Occupants 53 | Public Property Damaged ☒ | Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ |

Name—exactly as printed on registration  GREYHOUND BUS LINES INC    Sex U    Date of Birth    Name—exactly as printed on registration    Sex    Date of Birth

**23**
**1**

Address (Include Number & Street)  350 N ST PAUL MS350    Apt. No.    Haz. Mat. Code -    Released ☐    Address (Include Number & Street)    Apt. No.    Haz. Mat. Code    Released ☐

**4**
**1**

City or Town  DALLAS    State TX    Zip Code 75201    City or Town    State    Zip Code

**24**

| Plate Number R7HW58 | State of Reg. TX | Vehicle Year & Make MCIN 2000 | Vehicle Type BUS | Ins. Code | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |

**5**
**2**

Ticket/Arrest Number(s)    Violation Section(s)    Ticket/Arrest Number(s)    Violation Section(s)

**6**
**1**

**V E H I C L E**

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**V E H I C L E**

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**25**
**1**

Check the diagram below that describes the accident or draw your own diagram in the space provided (9). Number the vehicles.

| Rear End 1. | Left Turn 2. | Right Angle 3. | Right Turn 4. | Head On 5. |
| Overtaking 2. | Right Turn 3. | | Right Turn 6. | Sideswipe 7. |

**ACCIDENT DIAGRAM**

**26**

**7**
**2**

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes  | 1 | 2 | 17 |
| 3 | 4 | 5 |

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes  | 3 | 4 | 5 |

9   Accident Diagram - See Attached.

**27**
**2**

Vehicle Towed: By INTEGRITY    To NYS DOT PLATTS    Vehicle Towed: By    To

**VEHICLE DAMAGE CODING:**
1 - 13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☒ Yes   ☐ No

**28**
**12**

| Reference Marker | Coordinates (if available) Latitude/Northing: | Place Where Accident Occurred: |
| 8 7 1 | 615998 | County ESSE    ☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF |
| 1 2 1 1 | Longitude/Easting: | Road on which accident occurred I-87 N/B    (Route Number or Street Name) |
| 1 3 3 9 | 4894127 | at 1) intersecting street    (Route Number or Street Name) |
| | | ☐ N ☐ E    or 2) ☒ S ☒ W of  1  ☐ Feet ☒ Miles    MILE POST MARKER 116    (Milepost, Nearest Intersecting Route or Street Name) |

**29**
**23**

**Accident Description/Officer's Notes**

INVESTIGATION REVEALED THAT APPROXIMATELY 6:45 PM, A 2000 MCI GREYHOUND MOTOR COACH, BEARING TEXAS REGISTRATION R7HW58, OPERATED BY RONALD BURGESS EN ROUTE TO MONTREAL, QUEBEC FROM NEW YORK CITY, NEW YORK, CARRYING FIFTY-TWO PASSENGERS. V-1 WAS TRAVELING NORTHBOUND ON I-87 TOWN OF ELIZABETHTOWN WHEN ITS LEFT FRONT TIRE FAILED, CAUSING VEHICLE ONE TO LOSE CONTROL. OPERATOR OF VEHICLE ONE WAS UNABLE TO CONTROL THE BUS. THE BUS LEFT THE WEST SHOULDER OF THE ROADWAY AND OVERTURNED AT LEAST ONE TIME IN THE MEDIAN. VEHICLE ONE CAME TO REST ON ITS ROOF APPROXIMATELY 50 FEET NORTH OF WERE IT LEFT THE ROADWAY. FIVE OCCUPANTS SUSTAINED FATAL INJURIES AND 48 PASSENGER WERE TRANSPORTED TO AREA HOSPITALS WITH INJURIES. NEW YORK STATE DEPARTMENT OF TRANSPORTATION NOTIFIED OF DAMAGE TO GUIDE RAILS.

**30**

**N**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all Involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 1 | 4 | 1 | 52 | M | 12 | X | 1 | 9994 | 1605 | BURGESS, RONALD | 08/28/2006 |
| B | 01 | 7 | 1 | 3 | 16 | M | X | X | 1 | 9994 | 1605 | TAMBADOU, SOULEYMANE | 08/28/2006 |
| C | 01 | 7 | 1 | 3 | 81 | F | X | X | 1 | 9994 | 1605 | DORCE, ANTONIDE | 08/28/2006 |
| D | 01 | 7 | 1 | 2 | 34 | M | X | X | 1 | 9994 | 1605 | BARRY, HOMIDOU | 08/28/2006 |
| E | 01 | 7 | 1 | 2 | 79 | F | X | X | X | 9994 | 1605 | GEORGE, DOREEN | 08/28/2006 |
| F | 01 | 7 | 1 | X | 18 | F | X | X | | 9993 | 1501 | TRANDUTRIEU, ROSY | N/A |
| G | 01 | 7 | 1 | X | 28 | F | X | X | | 9993 | 1501 | CSILLAG, LORA | N/A |

| Officer's Rank, Name and Signature | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat/ Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| Trooper G M Stannard | 2274 | 11502 | B3 | 35 | Weightman, S T | 11 / 08 / 2006 16:13 |

Case 3:09-cv-00408-SRU Document 14-2 Filed 04/20/2007 Page 2 of 9

**New York State Department of Motor Vehicles**
## POLICE ACCIDENT REPORT
MV-104A (7/01)
DMV COPY

Local Code: 1680389
SPPK16000120

| | | | | |
|---|---|---|---|---|
| **1** | Accident Date Month Day Year 08 / 28 / 2006 | Day of Week Mon | Military Time 18:43 | No. of Vehicles 1 |

No. Injured: 48 No. Killed: 5

Not Investigated at Scene ☐ Left Scene ☐ Police Photos ☒ Yes ☐ No
Accident Reconstructed ☒

4894127 VEHICLE 1

☐ VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

**2** VEHICLE 1 - Driver License ID Number ... State of Lic.
Driver Name—exactly as printed on license

VEHICLE 2 - Driver License ID Number ... State of Lic.
Driver Name—exactly as printed on license

Address (Include Number & Street) Apt. No.
Address (Include Number & Street) Apt. No.

City or Town State Zip Code
City or Town State Zip Code

**3** Date of Birth Sex Unlicensed ☐ No. of Occupants Public Property Damaged ☐
Date of Birth Sex Unlicensed ☐ No. of Occupants Public Property Damaged ☐

Name—exactly as printed on registration Sex Date of Birth
Name—exactly as printed on registration Sex Date of Birth

Address (Include Number & Street) Apt. No. Haz. Mat. Code Released ☐
Address (Include Number & Street) Apt. No. Haz. Mat. Code Released ☐

**4** City or Town State Zip Code
City or Town State Zip Code

Plate Number State of Reg. Vehicle Year & Make Vehicle Type Ins. Code
Plate Number State of Reg. Vehicle Year & Make Vehicle Type Ins. Code

**5** Ticket/Arrest Number(s)
Violation Section(s)

Ticket/Arrest Number(s)
Violation Section(s)

**6** VEHICLE 1
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

VEHICLE 2
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

Check the diagram below that describes the accident or draw your own diagram in the space provided (9). Number the vehicles.

1. Rear End
2. Left Turn
3. Right Angle
4. Right Turn
5. Head On
6. Overtaking
7. Right Turn
8. Sideswipe

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact [1] [2]
Box 2 - Most Damage
Enter up to three more Damage Codes [3] [4] [5]

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact [1] [2]
Box 2 - Most Damage
Enter up to three more Damage Codes [3] [4] [5]

**ACCIDENT DIAGRAM**

Vehicle Towed: By To
Vehicle Towed: By To

9 Accident Diagram - See Attached.

**VEHICLE DAMAGE CODING:**
1 - 13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

9.
Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine ☒ Yes ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| | Latitude/Northing: 615998 | County ESSE ☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF |
| | | Road on which accident occurred I-87 N/B (Route Number or Street Name) |
| | Longitude/Easting: | at 1) intersecting street _____ (Route Number or Street Name) |
| | | or 2) 1 Feet ☐ Miles ☐ N ☐ E ☒ S ☐ W of MILE POST MARKER 116 (Milepost, Nearest Intersecting Route Number or Street Name) |

Accident Description/Officer's Notes

USE COVER SHEET
N

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 73 | F | X | X | X | 9993 | 1501 | ULNA, MALARY | N/A |
| B | 01 | 7 | 1 | X | 53 | M | X | X | X | 9993 | 1501 | CADELIS, LYONEL | N/A |
| C | 01 | 7 | 1 | X | 38 | M | X | X | X | 9993 | 1501 | SOUMA, STEPHANIE | N/A |
| D | 01 | 7 | 1 | X | 26 | F | X | X | X | 9993 | 1501 | DAVID, ANNE-CLAUDE | N/A |
| E | 01 | 7 | 1 | X | 26 | M | X | X | X | 9993 | 1501 | RIVERA, JORGE | N/A |
| F | 01 | 7 | 1 | X | 33 | F | X | X | X | 9993 | 1501 | KALEBA, ELISEE LOMBO | N/A |
| G | 01 | 7 | 1 | X | 31 | F | X | X | X | 9993 | 1501 | FRIGONE, KARINE | N/A |

| Officer's Rank, Name and Signature | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat/ Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| Trooper G M Stannard | 2274 | 11502 | B3 | 35 | Weightman, S T | 11/08/2006 16:13 |

New York State Department of Motor Vehicles

**POLICE ACCIDENT REPORT**

Local Codes
1680389

SPPK16000120

MV-104A (7/01)
DMV COPY

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Accident Date Month/Day/Year 08 / 28 / 2006 | Day of Week Mon | Military Time 18:43 | No. of Vehicles 1 | No. Injured 48 | No. Killed 5 |

Not Investigated at Scene ☐   Left Scene ☐   Police Photos
Accident Reconstructed ☒   ☒ Yes ☐ No

4894127   **VEHICLE 1**

**2**
VEHICLE 1 - Driver License ID Number | State of Lic.
Driver Name--exactly as printed on license
Address (Include Number & Street) | Apt. No.
City or Town | State | Zip Code

☐ VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

VEHICLE 2 - Driver License ID Number | State of Lic.
Driver Name--exactly as printed on license
Address (Include Number & Street) | Apt. No.
City or Town | State | Zip Code

**3**
Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐
Name--exactly as printed on registration | Sex | Date of Birth

Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐
Name--exactly as printed on registration | Sex | Date of Birth

**4**
Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐
City or Town | State | Zip Code

Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐
City or Town | State | Zip Code

**5**
Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code
Ticket/Arrest Number(s)
Violation Section(s)

Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code
Ticket/Arrest Number(s)
Violation Section(s)

**VEHICLE 1**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact | 1 | 2
Box 2 - Most Damage
Enter up to three more Damage Codes | 3 | 4 | 5
Vehicle Towed: By ___ To ___

**VEHICLE 2**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact | 1 | 2
Box 2 - Most Damage
Enter up to three more Damage Codes | 3 | 4 | 5
Vehicle Towed: By ___ To ___

Check the diagram below that describes the accident or draw your own diagram in the space provided (9). Number the vehicles.

Rear End 1. | Left Turn 3. | Right Angle | Right Turn 5. | Head On 7.
Overtaking 2. | Right Turn 0. | | Right Turn 6. | Sideswipe 8.

**ACCIDENT DIAGRAM**

9 Accident Diagram - See Attached.

**VEHICLE DAMAGE CODING:**
1 - 13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE    17. DEMOLISHED
15. TRAILER    18. NO DAMAGE
16. OVERTURNED    19. OTHER

9.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☒ Yes   ☐ No

Reference Marker | Coordinates (if available)
Latitude/Northing: 615998
Longitude/Easting:

**Place Where Accident Occurred:**
County ESSE   ☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF
Road on which accident occurred I-87 N/B   (Route Number or Street Name)
at 1) intersecting street ___   ☐ N ☐ E   (Route Number or Street Name)
or 2) ___ 1 ☒ S ☐ W of MILE POS T MARKER 116
Feet/Miles   (Milepost, Nearest intersecting Route or Street Name)

Accident Description/Officer's Notes

**N**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 55 | F | X | X | X | 9993 | 1501 | MILAUD, LILIANE M | N/A |
| B | 01 | 7 | 1 | X | 57 | F | X | X | X | 9993 | 1501 | WENICK, ROCHELLE | N/A |
| C | 01 | 7 | 1 | X | 27 | F | X | X | X | 9993 | 1501 | KOIDE, MARIE | N/A |
| D | 01 | 7 | 1 | X | 18 | F | X | X | X | 9993 | 1503 | TALLEDO, CHRISTINA | N/A |
| E | 01 | 7 | 1 | X | 26 | F | X | X | X | 9993 | 1503 | BAGES, CAROLINA | N/A |
| F | 01 | 7 | 1 | X | 40 | F | X | X | X | 9993 | 1503 | GEIOGE, SHERRY ANN | N/A |
| G | 01 | 7 | 1 | X | 4 | F | X | X | X | 9993 | 1503 | GEIOGE, VOSHANA | N/A |

Officer's Rank, Name and Signature
Trooper
G M Stannard

Badge/ID No. 2274 | NCIC No. 11502 | Precinct/Post Troop/Zone B3 | Station/Beat/Sector 35 | Reviewing Officer Weightman, S T | Date/Time Reviewed 11/08/2006 16:13

New York State Department of Motor Vehicles
# POLICE ACCIDENT REPORT
DOT Case: SPD162989
MV-104A (7/01)
DMV COPY

Local Code 1680389
SPPK16000120

| 1 | Accident Date Month Day Year 08 / 28 / 2006 | Day of Week Mon | Military Time 18:43 | No. of Vehicles 1 | No. Injured 48 | No. Killed 5 | Not investigated at Scene ☐ Accident Reconstructed ☒ | Left Scene ☐ | Police Photos ☒ Yes ☐ No |

4894127 VEHICLE 1

☐ VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

**2**
VEHICLE 1 - Driver License ID Number | State of Lic.
VEHICLE 2 - Driver License ID Number | State of Lic.
Driver Name—exactly as printed on license
Driver Name—exactly as printed on license
Address (Include Number & Street) | Apt. No.
Address (Include Number & Street) | Apt. No.
City or Town | State | Zip Code
City or Town | State | Zip Code

**3**
Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐
Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐
Name—exactly as printed on registration | Sex | Date of Birth
Name—exactly as printed on registration | Sex | Date of Birth

**4**
Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐
Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐
City or Town | State | Zip Code
City or Town | State | Zip Code

Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code
Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code

**5**
Ticket/Arrest Number(s)
Ticket/Arrest Number(s)
Violation Section(s)
Violation Section(s)

**6**
VEHICLE 1
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

VEHICLE 2
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

Check the diagram below that describes the accident or draw your own diagram in the space provided (9). Number the vehicles.

| Rear End 1. | Left Turn 3. | Right Angle | Right Turn 5. | Head On |
| Overtaking 2. | Right Turn 0. | | Right Turn 6. | Sideswipe |

ACCIDENT DIAGRAM

**7**
VEHICLE 1 DAMAGE CODES
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes  3  4  5

VEHICLE 2 DAMAGE CODES
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes

Vehicle Towed: By To

Vehicle Towed: By To

9  Accident Diagram - See Attached.

VEHICLE DAMAGE CODING:
1 - 13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

9.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☒ Yes   ☐ No

| Reference Marker | Coordinates (if available) Latitude/Northing: 615998 Longitude/Easting: | Place Where Accident Occurred: County ESSE ☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF |

Road on which accident occurred I-87 N/B
at 1) intersecting street ☐ N ☐ E (Route Number or Street Name)
or 2) 1 ☒ S ☐ W or MILE POST MARKER 116 (Route Number or Street Name)
Feet ☐ Miles (Milepost, Nearest intersecting Route Number or Street Name)

Accident Description/Officer's Notes

N

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|----|----|----|----|----|----|----|----|----|------|------|------|------|
| A | 01 | 7 | 1 | X | 26 | M | X | X | X | 9993 | 5601 | BAH, MAMADOU | N/A |
| B | 01 | 7 | 1 | X | 23 | F | X | X | X | 9993 | 5601 | BAH, GNALEN | N/A |
| C | 01 | 7 | 1 | X | 21 | F | X | X | X | 9993 | 0901 | THORNTON, ANNIKA | N/A |
| D | 01 | 7 | .1 | X | 29 | F | X | X | X | 9993 | 0901 | BOUDET, LAURE | N/A |
| E | 01 | 7 | X | X | 56 | F | X | X | X | 9993 | 0901 | CRACIER, SYLVIA | N/A |
| F | 01 | 7 | 1 | X | 56 | F | X | X | X | 9993 | 0901 | MACHOLD, ABI-SARA | N/A |
| G | 01 | 7 | 1 | X | 28 | M | X | X | X | 9993 | 0901 | YOPA FEZE, CHRISTIAN | N/A |

Officer's Rank, Name and Signature
Trooper
G M Stannard

| Badge/ID No. 2274 | NCIC No. 11502 | Precinct/Post Troop/Zone B3 | Station/Beat/Sector 35 | Reviewing Officer Weightman, S T | Date/Time Reviewed 11/08/2006 16:13 |

| Page | of | Pages |
|---|---|---|
| Local Code | 1680389 | |
| SPPK16000120 | | |

**1 Accident Date**
Month Day Year: 08/28/2006 | Day of Week: Mon | Military Time: 18:43 | No. of Vehicles: 1 | No. Injured: 48 | No. Killed: 5

Not Investigated at Scene ☐ | Accident Reconstructed ☒ | Left Scene ☐ | Police Photos ☒ Yes ☐ No

4894127 VEHICLE 1 | ☐ VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

**2**
VEHICLE 1 - Driver License ID Number | State of Llc.
Driver Name—exactly as printed on license

VEHICLE 2 - Driver License ID Number | State of Llc.
Driver Name—exactly as printed on license

Address (Include Number & Street) | Apt. No.
Address (Include Number & Street) | Apt. No.

City or Town | State | Zip Code
City or Town | State | Zip Code

**3**
Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐
Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐

Name—exactly as printed on registration | Sex | Date of Birth
Name—exactly as printed on registration | Sex | Date of Birth

Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐
Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐

**4**
City or Town | State | Zip Code
City or Town | State | Zip Code

Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code
Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code

**5**
Ticket/Arrest Number(s)
Violation Section(s)

Ticket/Arrest Number(s)
Violation Section(s)

**6 VEHICLE 1**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

Check the diagram below that describes the accident or draw your own diagram in the space provided (9). Number the vehicles.

Rear End | Left Turn | Right Angle | Right Turn | Head On
1. | 3. | | 5. | 7.
Overtaking | Right Turn | | Right Turn | Sideswipe
2. | 0. | 4. | 6. | 8.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact | 1 | 2
Box 2 - Most Damage
Enter up to three more Damage Codes | 3 | 4 | 5
Vehicle Towed: By
To

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact | 1 | 2
Box 2 - Most Damage
Enter up to three more Damage Codes | 3 | 4 | 5
Vehicle Towed: By
To

**ACCIDENT DIAGRAM**

9 Accident Diagram - See Attached.

**VEHICLE DAMAGE CODING:**
1 - 13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE | 17. DEMOLISHED
15. TRAILER | 18. NO DAMAGE
16. OVERTURNED | 19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine ☒ Yes ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| | Latitude/Northing: 615998 | County ESSE ☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF |
| | | Road on which accident occurred I-87 N/B _____ (Route Number or Street Name) |
| | Longitude/Easting: | at 1) intersecting street _____ (Route Number or Street Name) |
| | | or 2) 1 Feet ☒ Miles ☐ N ☐ E ☒ S ☐ W of MILE POST MARKER 116 (Milepost, Nearest intersecting Route Number or Street Name) |

**Accident Description/Officer's Notes**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 39 | M | X | X | X | 9993 | 0901 | SCHINDLER, JOHN | N/A |
| B | 01 | 7 | 1 | X | 24 | M | X | X | X | 9993 | 0901 | GARCIA, PAOLA | N/A |
| C | 01 | 7 | 1 | X | 54 | F | X | X | X | 9993 | 0901 | GARCIA, MARIA | N/A |
| D | 01 | 7 | 1 | X | 23 | M | X | X | X | 9993 | 0901 | WANG, ZIBO | N/A |
| E | 01 | 7 | 1 | X | 55 | M | X | X | X | 9993 | 0901 | PLACID, JOSEPH | N/A |
| F | 01 | 7 | 1 | X | 49 | F | X | X | X | 9993 | 0901 | RENAUD, JOSEE | N/A |
| G | 01 | 7 | 1 | X | 22 | F | X | X | X | 9993 | 0901 | LAROUCHE, CAROLINE A | N/A |

| Officer's Rank, Name and Signature | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat/ Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| Trooper G M Stannard | 2274 | 11502 | B3 | 35 | Weightman, S T | 11/08/2006 16:13 |

USE COVER SHEET

N

# POLICE ACCIDENT REPORT
MV-104A (7/01)
DMV COPY

Local Codes
1680389
SPPK16000120

DOT Case: SR0163990

| 1 | Accident Date Month Day Year 08 / 28 / 2006 | Day of Week Mon | Military Time 18:43 | No. of Vehicles 1 | No. Injured 48 | No. Killed 5 | Not Investigated at Scene ☐ Accident Reconstructed ☒ | Left Scene ☐ | Police Photos ☒ Yes ☐ No |

4894127 **VEHICLE 1**   ☐ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

| 2 | **VEHICLE 1 - Driver** License ID Number | State of Lic. | **VEHICLE 2 - Driver** License ID Number | State of Lic. |

Driver Name—exactly as printed on license | Driver Name—exactly as printed on license

| 3 | Address (Include Number & Street) | Apt. No. | Address (Include Number & Street) | Apt. No. |

City or Town | State | Zip Code | City or Town | State | Zip Code

| Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ | Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ |

Name—exactly as printed on registration | Sex | Date of Birth | Name—exactly as printed on registration | Sex | Date of Birth

| 4 | Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐ | Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐ |

City or Town | State | Zip Code | City or Town | State | Zip Code

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |

| 5 | Ticket/Arrest Number(s) | | Ticket/Arrest Number(s) | |

Violation Section(s) | Violation Section(s)

| 6 | **VEHICLE 1**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit.
☐ operated with an overdimension permit. | **VEHICLE 2**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit.
☐ operated with an overdimension permit. | Check the diagram below that describes the accident or draw your own diagram in the space provided (9). Number the vehicles. |

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes
| 1 | | 2 |
| 3 | 4 | 5 |
Vehicle By
Towed: To

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes
| 1 | | 2 |
| 3 | 4 | 5 |
Vehicle By
Towed: To

Rear End | Left Turn | Right Angle | Right Turn | Head On
Overtaking | Right Turn | | Right Turn | Sideswipe

**ACCIDENT DIAGRAM**

9   Accident Diagram - See Attached.

**VEHICLE DAMAGE CODING:**
1 - 13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☒ Yes   ☐ No

| Reference Marker | Coordinates (if available) Latitude/Northing: 615998 Longitude/Easting: | Place Where Accident Occurred: County ESSE ☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF |

Road on which accident occurred I-87 N/B _____ (Route Number or Street Name)

at 1) intersecting street _____ (Route Number or Street Name)

or 2) ____1____ ☐ N ☐ E ☒ S ☐ W of MILE POST MARKER 116
Feet  Miles _____ (Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 26 | U | X | X | X | 9993 | | 0901 | | HONDA, AKIKO | N/A |
| B | 01 | 7 | 1 | X | 26 | M | X | X | X | 9992 | | 0901 | | BEDARD, GUILLAUME | N/A |
| C | 01 | 7 | 1 | X | 27 | F | X | X | X | 9993 | | 0901 | | BOUCHARD, NATALIE | N/A |
| D | 01 | 7 | 1 | X | 21 | M | X | X | X | 9993 | | 0901 | | ELIOSOFF, DANIEL | N/A |
| E | 01 | 7 | 1 | X | 34 | M | X | X | X | 9993 | | 0901 | | RIOND, DAVID REGIS | N/A |
| F | 01 | 7 | 1 | X | 25 | M | X | X | X | 9993 | | 0901 | | D'AMOURS, MARC-OLIVER | N/A |
| G | 01 | 7 | 1 | X | 21 | F | X | X | X | 9993 | | 0901 | | LAWSON, JESSICA | N/A |

| Officer's Rank, Name and Signature Trooper G M Stannard | Badge/ID No. 2274 | NCIC No. 11502 | Precinct/Post Troop/Zone B3 | Station/Beat/ Sector 35 | Reviewing Officer Weightman, S T | Date/Time Reviewed 11 / 08 / 2006 16:13 |

N

# POLICE ACCIDENT REPORT
## MV-104A (7/01)
### DMV COPY

**Local Codes**
1680389
SPPK16000120

DOT Case: SP0163990

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 08 | Day 28 | Year 2006 | Mon | 18:43 | 1 | 48 | 5 | Accident Reconstructed ☒ | ☐ | ☒ Yes ☐ No |

4894127 **VEHICLE 1**   ☐ **VEHICLE 2** ☐ **BICYCLIST** ☐ **PEDESTRIAN** ☐ **OTHER PEDESTRIAN**

**VEHICLE 1 - Driver**
License ID Number                                         State of Lic.

Driver Name—exactly as printed on license

Address (Include Number & Street)                         Apt. No.

City or Town                    State        Zip Code

Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐

Name—exactly as printed on registration | Sex | Date of Birth

Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐

City or Town | State | Zip Code

Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code

Ticket/Arrest Number(s)

Violation Section(s)

**VEHICLE 2 - Driver**
License ID Number                                         State of Lic.

Driver Name—exactly as printed on license

Address (Include Number & Street)                         Apt. No.

City or Town                    State        Zip Code

Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐

Name—exactly as printed on registration | Sex | Date of Birth

Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐

City or Town | State | Zip Code

Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code

Ticket/Arrest Number(s)

Violation Section(s)

**VEHICLE 1**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes

Vehicle Towed:   By   To

**VEHICLE 2**
Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three more Damage Codes

Vehicle Towed:   By   To

Check the diagram below that describes the accident or draw your own diagram in the space provided (9). Number the vehicles.

Rear End | Left Turn | Right Angle | Right Turn 5. | Head On
Overtaking | Right Turn 0. | | Right Turn 6. | Sideswipe 8.

**ACCIDENT DIAGRAM**

9  Accident Diagram - See Attached.

**VEHICLE DAMAGE CODING:**
1 - 13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE    17. DEMOLISHED
15. TRAILER          18. NO DAMAGE
16. OVERTURNED       19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☒ Yes   ☐ No

| Reference Marker | Coordinates (if available) | |
|---|---|---|
| | Latitude/Northing: 615998 | |
| | Longitude/Easting: | |

**Place Where Accident Occurred:**
County  ESSE   ☐ City ☐ Village ☒ Town  of  ELIZABETHTOWN, TOWN OF
Road on which accident occurred  I-87 N/B                    (Route Number or Street Name)
at 1) intersecting street                                   (Route Number or Street Name)
or 2)  1  Feet ☐N ☐E ☒S ☐W of  MILE POST MARKER 116
        Miles                              (Milepost, Nearest Intersecting Route Number or Street Name)

**Accident Description/Officer's Notes**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 28 | M | X | X | X | 9993 | | 0901 | | CAPLIN, ROBERT | N/A |
| B | 01 | 7 | 1 | X | 13 | M | X | X | X | 9993 | | 0901 | | SANTIAGO, LORENZO H | N/A |
| C | 01 | 7 | 1 | X | 16 | F | X | X | X | 9993 | | 0901 | | SANTIAGO, KAREEM | N/A |
| D | 01 | 7 | 1 | X | 27 | F | X | X | X | 9993 | | 0901 | | SANTIAGO, TERISTA | N/A |
| E | 01 | 7 | 1 | X | 0 | M | X | X | X | 9993 | | 0901 | | PUNTEL, STEVEN | N/A |
| F | 01 | 7 | 1 | X | 42 | M | X | X | X | 9993 | | 0901 | | TESANO, MARIE | N/A |
| G | 01 | 7 | 1 | X | 14 | M | X | X | X | 9993 | | 0901 | | TESANO, BERTHONY | N/A |

| Officer's Rank, Name and Signature | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat/ Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| Trooper G M Stannard | 2274 | 11502 | B3 | 35 | Weightman, S T | 11/08/2006 16:13 |

N

Local Codes
1680389
SPPK16000120

**19**

**20**

| | Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | Month | Day | Year | Mon | 18:43 | 1 | 48 | 5 | Accident Reconstructed ☒ | ☐ | ☒ Yes ☐No |
| | 08 | 28 | 2006 | | | | | | | | |

4894127 VEHICLE 1

| | | ☐ VEHICLE 2 | ☐ BICYCLIST | ☐ PEDESTRIAN | ☐ OTHER PEDESTRIAN |
|---|---|---|---|---|---|

| | VEHICLE 1 - Driver License ID Number | | State of Lic. | VEHICLE 2 - Driver License ID Number | | State of Lic. |
|---|---|---|---|---|---|---|
| **2** | Driver Name—exactly as printed on license | | | Driver Name—exactly as printed on license | | |
| | Address (Include Number & Street) | Apt. No. | | Address (Include Number & Street) | Apt. No. | |
| | City or Town | State | Zip Code | City or Town | State | Zip Code |

| | Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ | Date of Birth | Sex | Unlicensed ☐ | No. of Occupants | Public Property Damaged ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| **3** | | | | | | | | | | |

| | Name—exactly as printed on registration | Sex | Date of Birth | Name—exactly as printed on registration | Sex | Date of Birth |
|---|---|---|---|---|---|---|
| | Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐ | Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released ☐ |
| **4** | City or Town | State | Zip Code | City or Town | State | Zip Code |

| | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|---|---|---|---|---|---|

| | Ticket/Arrest Number(s) | | | | | Ticket/Arrest Number(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **5** | Violation Section(s) | | | | | Violation Section(s) | | | | |

**21**
**22**
**23**
**24**

**6** / **7**

VEHICLE 1

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**

Box 1 - Point of Impact
Box 2 - Most Damage

Enter up to three more Damage Codes

| | 1 | 2 |
| 3 | 4 | 5 |

Vehicle Towed: By ___ To ___

VEHICLE 2

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**

Box 1 - Point of Impact
Box 2 - Most Damage

Enter up to three more Damage Codes

| | 1 | 2 |
| 3 | 4 | 5 |

Vehicle Towed: By ___ To ___

Check the diagram below that describes the accident or draw your own diagram in the space provided (9). Number the vehicles.

Rear End | Left Turn | Right Angle | Right Turn | Head On
1. | 3. | | 5. | 7.
Overtaking | Right Turn | | Right Turn | Sideswipe
2. | | 4. | 6. | 8.

**ACCIDENT DIAGRAM**

9  Accident Diagram - See Attached.

**25**
**26**
**27**
**28**

VEHICLE DAMAGE CODING:
1 - 13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine ☒ Yes ☐ No

| Reference Marker | Coordinates (if available) | Place Where Accident Occurred: |
|---|---|---|
| | Latitude/Northing: 615998 | County ESSE ☐ City ☐ Village ☒ Town of ELIZABETHTOWN, TOWN OF |
| | | Road on which accident occurred I-87 N/B (Route Number or Street Name) |
| | Longitude/Easting: | at 1) intersecting street ___ ☐ N ☐ E (Route Number or Street Name) |
| | | or 2) ___ 1 ___ ☒ S ☐ W of MILE POST MARKER 116 |
| | | Feet Miles (Milepost, Nearest Intersecting Route Number or Street Name) |

Accident Description/Officer's Notes

**29**
**30**

USE COVER SHEET

**N**

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01 | 7 | 1 | X | 32 | F | X | X | X | | 9993 | 0901 | | ANDERSON, KIRSTEN | N/A |
| B | 01 | 7 | 1 | X | 24 | F | X | X | X | | 9993 | 0901 | | BICKFORD-BUSHEY, LAUREN | N/A |
| C | 01 | 7 | 1 | X | 25 | F | X | X | X | | 9993 | 0901 | | LAMARSHE, CYNTHIA | N/A |
| D | 01 | 7 | 1 | X | 67 | F | X | X | X | | 9993 | 0901 | | BERTAND, JACQUELINE | N/A |
| E | | | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | | | |

| Officer's Rank, Name and Signature | | Badge/ID No. | NCIC No. | Precinct/Post Troop/Zone | Station/Beat/ Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|---|
| Trooper | | 2274 | 11502 | B3 | 35 | Weightman, S T | 11 / 08 / 2006 |
| G M Stannard | | | | | | | 16:13 |

N

INTERSTATE 87

Unit 1

P.O.I.