# RUBENSTEIN & RYNECKI
ATTORNEYS AT LAW
16 COURT STREET, SUITE 1717
BROOKLYN, NEW YORK 11241
Tel. (718)522-1020
Fax. (718)522-3804

SANFORD A. RUBENSTEIN
SCOTT RYNECKI*

ROBERT H. PETITT
KLIOPATRA VRONTOS*
ROBERT MIJUCA
RICHARD M. LEVY
ALLEN C. GOODMAN
JERA RANDESI
SCOTT B. TENENBAUM*

* ADMITTED IN NY & NJ

April 11, 2007

**Via Electronic Case Filing**
Hon. William D. Wall
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

      Re: Betty Dorce Exume, et al. vs. Greyhound Bus Line
      Docket Number: CV 06-6540
      Initial conference date: February 20, 2007

Your Honor:

    Please accept this letter on behalf of the plaintiffs counsel in above entitled action.

    I am writing this letter in response to defendants counsel letter dated April 10, 2007.

    I have indicated to Mr. Pollack during previous conversations that plaintiffs would not oppose a Motion to consolidate the within action with the cases currently pending in the Southern District.

    In the event that consolidation can be accomplished without formal motion practice, plaintiffs would consent to this relief.

    Plaintiff will, however, oppose any future applications to change venue to the Northern District.

Very truly yours,

ROBERT PETITT, ESQ. (RP4953)
Attorney for the plaintiff

/sv
cc: Kevin Pollak @ Fabiani, Cohen & Hall
    via facsimile (212) 207-8182