UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATE OF ANTONIDE DORCE, deceased, and BETTY
DORCE EXUME, individually, JACQUELIN BERTRAND
and MARIE LILIANE MILARD,

                Plaintiffs,

- against -

GREYHOUND LINES, INC.,

                Defendant
---------------------------------------------------------------X

CONSENT TO CHANGE
ATTORNEY

Civ. 06 6540

IT IS HEREBY STIPULATED AND AGREED, that FABIANI COHEN & HALL, LLP, 570 Lexington Avenue, 4th Floor, New York, New York 10022, be substituted as attorneys of record for the defendant GREYHOUND LINES, INC., in the above entitled action in place and instead of AHMUTY, DEMERS & MCMANUS, ESQS., 123 William Street, 26th Floor, New York, NY 10038 as of the date hereof.

Dated: New York, New York
       January 29, 2007

By: Brian Donnelly, Esq. (BJD 4759)
AHMUTY, DEMERS & MCMANUS, ESQS.
Outgoing Counsel for Defendant
GREYHOUND LINES, INC.
123 William Street, 26th Floor
New York, NY 10038
(212) 513-7788

By: Kevin B. Pollak, Esq. (KBP 6098)
FABIANI COHEN & HALL, LLP
Incoming Counsel for Defendant
GREYHOUND LINES, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

Application GRANTED.

346711.1

SO ORDERED:

/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: April 18, 2007
Central Islip, NY