# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
CLERK

PLEASE REPLY TO:

☐ **BROOKLYN OFFICE**
US COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

■ **CENTRAL ISLIP OFFICE**
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

E.D.N.Y. Docket No.: 2:06-cv-6540(JS)

To Whom It May Concern:

Please be advised that an order transferring this action to your Court was signed by

Judge Joanna Seybert on 4/16/07.

The entire file in this matter may be accessed at the Court's website: www.nyed.uscourts.gov.

A certified copy of the order to transfer along with a certified copy of the docket sheet is enclosed.

Please acknowledge receipt of these papers at the foot of the enclosed copy of this

letter attached.

Respectfully yours, Robert C. Heinemann
Clerk of the Court

: By:_____
Deputy Clerk

_____
Enc.

The papers described about were received on _____.

Your case: #: _____.

Assigned Judge _____.

Case 2:06-cv-06528-JS-KLDW Document 19 Filed 04/22/2007 Page 2 of 2