UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TERESITA SANTIAGO, RAMON LORENZO and TERESITA SANTIAGO, as the Mother and Natural Guardian of KAREN SANTIAGO DIAZ and HENRY LORENZO, infants,

                         Plaintiffs,

    - against -

GREYHOUND LINES, INC.,

                         Defendant
-----------------------------------------------------------------X

**STIPULATION**

**06 CIV. 7108 (PKL)**

Action No. 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA MERCEDES ROSARIO BRETON, FABIAN GARCIA and PAOLA GARCIA,

                         Plaintiffs,

    - against –

GREYHOUND LINES, INC.,

                         Defendant
-----------------------------------------------------------------X

**06 CIV. 7110 (PKL)**

Action No. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ZIBO WANG,

                         Plaintiff,

    - against -

GREYHOUND LINES, INC., and "Jane Doe" as Administrator of THE ESTATE OF RONALD BURGESS, Deceased,

                         Defendants.
-----------------------------------------------------------------X

**06 CIV. 11382 (PKL)**

Action No. 3

372143.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KIRSTEN ANDERSON,

                               **Plaintiff,**

- against -

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                               **Defendant**
------------------------------------------------------------------X

06 CIV. 13371 (PKL)

Action No. 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LAURE BOUDET,

                               **Plaintiff,**

-against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                               **Defendants.**
------------------------------------------------------------------X

07 CIV. 3098 (PKL)

Action No. 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATEOF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and
MARIE LILIANE MILARD,

                               **Plaintiffs,**

- against -

GREYHOUND LINES, INC.,

                               **Defendant**
------------------------------------------------------------------X

07 CIV. 3289 (PKL)

Action No. 6

372143_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,

                           **Plaintiff,**

      -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                           **Defendants.**
------------------------------------------------------------------------X

07 CIV. 6889 (PKL)

Action No. 7

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsels for the parties that the above captioned matters and below referenced matter are hereby consolidated pursuant to F.R.C.P. Rule 42(a) for all purposes.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

                           **Plaintiffs,**

      -against-

GREYHOUND LINES, INC. and LAIDLAW
        INTERNATIONAL, INC.,

                           **Defendants.**
------------------------------------------------------------------------X

Civil Action No.
07 CIV 8364 (PKL)

Action No. 8

372143_1

**FABIANI COHEN & HALL, LLP**

_____ (JBP6018)
Attorneys for Defendants
GREYHOUND LINES, INC. and
LAIDLAW INTERNATIONAL, INC.
570 Lexington Avenue, 4th Floor
New York, New York 10022
(212) 644-4420

**TAUB & MAUDER**

_____ CM6774
Attorneys for Plaintiffs in Actions No. 1
And Action No. 2 TERESITA
SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as mother and
natural guardian of KAREN SANTIAGO
DIAZ and HENRY LORENZO, infants;
MARIA MERCEDES ROSARIO
BRETON, FABIAN GARCIA and
PAOLA GARCIA
450 Seventh Avenue, 37th Floor
New York, New York 10123
(212) 967-1122   By Chad-byob

**RICH & RICH, P.C.**

_____
Attorneys for Plaintiff in Action No. 3
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

**KREINDLER & KREINDLER**

_____ (JK 7084)
Attorneys for Plaintiffs in Action No. 4
and Action No. 7 KIRSTEN
ANDERSON; CHRISTIAN YOPA and
ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

**GOLDBERG SEGALLA, LLP**

_____
Attorneys for Plaintiff in Action No 5
LAURIE BOUDET
GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

**RUBENSTEIN & RYNECKI, ESQS.**

_____ (RP4953)
Attorneys for Plaintiff in Action No 6
BETTY DORCE EXUME, as
Administratrix of the Estate of
ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually,
JACQUELIN BERTRAND and MARIE
LILIANE MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

372143_1

NORMAN LISS ATTORNEYS-AT-LAW, P.C.

by /s/ Howard Pollack (51141HP)
_____
**Attorneys for Plaintiffs in Action No. 8**
**SHERRY ANN GEORGE, SHERRY ANN**
**GEORGE, as Mother and Natural**
**Guardian of VOSHONA GEORGE, Infant,**
**and SHERRY ANN GEORGE and ALLISON**
**IDOHOU, as Co-Administrators of the**
**ESTATE OF DOREEN GEORGE, Deceased,**
**200 W 57th Street**
**New York, New York 10019**


Dated:  New York, New York
        November 15, 2007



SO ORDERED 11/15/07
_____
USDJ

372143_1