USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,

                                            **Plaintiffs,**

                  - against -

GREYHOUND LINES, INC.,

                                      **Defendant**
----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,

                                            **Plaintiffs,**

         - against –

GREYHOUND LINES, INC.,

                                      **Defendant**
----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ZIBO WANG,

                                            **Plaintiff,**

                  - against -

GREYHOUND LINES, INC., and "Jane Doe" as
Administrator of THE ESTATE OF RONALD BURGESS,
Deceased,

                                      **Defendants.**
----------------------------------------------------------------X

**STIPULATION
OF DISCONTINUANCE**

06 CIV. 7108 (PKL)

Action No. 1

06 CIV. 7110 (PKL)

Action No. 2

06 CIV. 11382 (PKL)

Action No. 3

373020.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KIRSTEN ANDERSON,

                                 Plaintiff,

                   - against -

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                Defendant
-------------------------------------------------------------------------X

06 CIV. 13371 (PKL)

Action No. 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
LAURE BOUDET,

                                 Plaintiff,

                   -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                                 Defendants.
-------------------------------------------------------------------------X

07 CIV. 3098 (PKL)

Action No. 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATEOF ANTONIDE DORCE, deceased, and BETTY
DORCE EXUME, individually, JACQUELIN BERTRAND
and
MARIE LILIANE MILARD,

                                 Plaintiffs,

                   - against -

GREYHOUND LINES, INC.,

                                   Defendant
-------------------------------------------------------------------------X

Action No. 6

373020.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

CHRISTIAN YOPA and ABI-SARA MACHOLD,

                                      **Plaintiff,**

                -against-

GREYHOUND LINES, INC., and LAIDLAW
INTERNATIONAL, INC.,

                               **Defendants.**
--------------------------------------------------------------------X

          **07 CIV. 6889 (PKL)**

          **Action No. 7**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,

                                 **Plaintiffs,**

                -against-

GREYHOUND LINES, INC. and LAIDLAW
INTERNATIONAL, INC.,

                               **Defendants.**
--------------------------------------------------------------------X

          **Civil Action No.**
          **07 CIV 8364 (PKL)**

          **Action No. 8**

373020.1

3

12/21/2007 11:52 FAX  212 972 9432        Kreindler&Kreindler LLP                      ☒005/016

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties in action nos. 4, 5, 7 and 8 hereinabove that, whereas no party is an infant or a person for whom a committee or guardian has been appointed, action nos. 4, 5, 7 and 8 are hereby discontinued without prejudice as against defendant Laidlaw International, Inc. only.

IT IS FURTHER STIPULATED AND AGREED, by and between the attorneys for the above-mentioned parties, that this Stipulation of Discontinuance may be signed in counterparts.

FABIANI COHEN & HALL, LLP

Kevin B. Pollak, Esquire (KBP 6098)
Attorneys for Defendants
GREYHOUND LINES, INC. and
LAIDLAW INTERNATIONAL, INC.
570 Lexington Avenue. 4th Floor
New York, New York 10022
(212) 644-4420

KREINDLER & KREINDLER

MB1234
Attorneys for Plaintiffs in Action No. 4
and Action No. 7
KIRSTEN ANDERSON; CHRISTIAN
YOPA and ABI-SARA MACHOLD
100 Park Avenue
New York, New York 10017
(212) 687-8181

373020.1

4

GOLDBERG SEGALLA, LLP

_Alicia M. Pol_

Attorneys for Plaintiff in Action No 5
LAURIE BOUDET
GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

Dated:  New York, New York
        November 20, 2007


        SO ORDERED


        _____
        USDJ

NORMAN LISS ATTORNEYS-AT-
LAW, P.C.

_____

Attorneys for Plaintiffs in Action No. 8
SHERRY ANN GEORGE, SHERRY
ANN GEORGE, as Mother and Natural
Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE
and ALLISON IDOHOU, as Co-
Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,
200 W 57th Street
New York, New York 10019
(212) 586-6165

373020.1

GOLDBERG SEGALLA, LLP

_____
Attorneys for Plaintiff in Action No 5
LAURIE BOUDET
GOLDBERG SEGALLA, LLP
Attorneys for Plaintiff Boudet
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

Dated:  New York, New York
        November 20, 2007

NORMAN LISS ATTORNEYS-AT-
LAW, P.C.

_____
Attorneys for Plaintiffs in Action No. 8
SHERRY ANN GEORGE, SHERRY
ANN GEORGE, as Mother and Natural
Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE
and ALLISON IDOHOU, as Co-
Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,
200 W 57th Street
New York, New York 10019
(212) 586-6165

SO ORDERED  12/27/07

_____
USDJ

373020.1

5