

**CAPITAL** Security & Investigations, Inc.
917 Lunt Ave. • Schaumburg, IL 60193 • (847) 524-0711 • Fax: (847) 524-5899

# ENDORSEMENT OF SERVICE AND AFFIDAVIT

| | | |
|---|---|---|
| Date Received | 1/24/2008 | Case Number: 06 CIV.718 (PKL) |
| Plaintiff | | Last Serve Date (if any:) |
| Greyhound Lines, Inc. Third-Party Plaintiff | | Name: Motor Coach Industries |
| Vs. | | Service Address |
| Defendant | | 1700 East Golf Road |
| Motor Coach Industries, Inc. Third-Party Plaintiff | | Schaumburg, IL 60173 |
| | | PHONE: |
| | | County of COOK ILLINOIS |

Type of Service: **X** RUSH (Normal / RUSH)

Attorney or Firm:
Fabiani Cohen & Hall, LLP
570 Lexington Avenue
New York, NY 10022
FAX: 212-207-8182

____ **Personal Service:** By leaving a copy of the Summons and Complaint with the Named Defendant Personally.

____ **Substitute Service:** By leaving a copy of the Summons and Complaint at the Defendant's usual place of abode with some person of the family, of the age of thirteen (13) years or upwards, and informing that person of the contents thereof.

**X** **Corporate Service:** By leaving a copy of the Summons and Complaint with the registered agent, or agent of the defendants corporation

BY: Printed Name of Process Server: **Lori Gonzalez**   License #: 117-001004/115-001430

Writ **X**   Served on **David Schechtman — Senior Counsel**

Sex **Male** M/F   Race **White**   Age **50**   Ht. **5'9"**   Wt. **175**   Hair **Light Brown**

This **25th** day of **January 2008**   Time **8:40** (A.M.)/P.M.

Additional Remarks: ____

____ The Named Defendant Was Not Served.

Type of Building: ____
Neighbors Name: ____
Address: ____

**ATTEMPTED SERVICES**

| DATE | TIME (AM/PM) | COMMENTS |
|---|---|---|
| | | |
| | | |

Comments: ____

Signed and Sworn to (or Affirmed) by

[signature]
Notary Public
before me, this **25TH** day of   January-08
Seal

"OFFICIAL SEAL"
J. PERILLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/2/2008

Fee For Service ____

I certify that I have no interest in the above action; I am a Processes Server in good standing and served all Documents given to me in this matter.

By: [signature]
License # 117-001004/115-001430

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and TERESITA
SANTIAGO, as the Mother and Natural Guardian of KAREN
SANTIAGO DIAZ and HENRY LORENZO, infants,

                          Plaintiffs,

                  v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER        06 CIV. 7108 (PKL)
and TIRE COMPANY,

                         Defendant.
-------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                       Third-Party Plaintiff,

                 v.

MOTOR COACH INDUSTRIES, INC.,

                     Third-Party Defendant.
-------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN GARCIA
and PAOLA GARCIA,

                          Plaintiffs,
                 v.                                      06 CIV. 7110 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER
and TIRE COMPANY,

                         Defendant.
-------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                     Third-Party Plaintiff,

                 v.

MOTOR COACH INDUSTRIES, INC.,

                   Third-Party Defendant.
-------------------------------------------------------------------X

376880_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZIBO WANG,

        Plaintiff,

    v.               06 CIV. 11382 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER
and TIRE COMPANY,

        Defendant.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

        Third-Party Plaintiff,

    v.

MOTOR COACH INDUSTRIES, INC.,

        Third-Party Defendant.
------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KIRSTEN ANDERSON,

        Plaintiff,
    v.

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

        Defendant.      06 CIV. 13371 (PKL)
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

        Third-Party Plaintiff,

    v.

MOTOR COACH INDUSTRIES, INC.,

        Third-Party Defendant.
------------------------------------------------------------------X

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAURE BOUDET,

                       Plaintiff,

              v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER      07 CIV. 3098 (PKL)
and TIRE COMPANY,

                       Defendants.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                       Third-Party Plaintiff,

              v.

MOTOR COACH INDUSTRIES, INC.,

                       Third-Party Defendant.
------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF THE
ESTATE OF ANTONIDE DORCE, deceased, and BETTY
DORCE EXUME, individually, JACQUELIN BERTRAND and
MARIE LILIANE MILARD,

                       Plaintiffs,

              v.

MOTOR COACH INDUSTRIES, INC.,                          07 CIV. 3289 (PKL)

                       Third-Party Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                       Third-Party Plaintiff,

              v.

MOTOR COACH INDUSTRIES, INC.,

                       Third-Party Defendant.
------------------------------------------------------------X

376880.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,

                        Plaintiff,

                        v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER and     07 CIV. 6889 (PKL)
TIRE COMPANY,

                        Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                        Third-Party Plaintiff,

                        v.

MOTOR COACH INDUSTRIES, INC.,

                        Third-Party Defendant.
------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as Mother
and Natural Guardian of VOSHONA GEORGE, Infant, and     07 CIV 8364 (PKL)
SHERRY ANN GEORGE and ALLISON IDOHOU, as Co-
Administrators of the ESTATE OF DOREEN GEORGE, Deceased,

                        Plaintiffs,

                        v.

GREYHOUND LINES, INC., and THE GOODYEAR RUBBER and
TIRE COMPANY,

                        Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                        Third-Party Plaintiff,

                        v.

MOTOR COACH INDUSTRIES, INC.,

                        Third-Party Defendant.
------------------------------------------------------------------X

4

376880.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased,

                              Plaintiffs,

                    v.                                07 CIV 9299 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,

                              Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,

                            Third-Party Plaintiff,

                    v.

MOTOR COACH INDUSTRIES, INC.,

                            Third-Party Defendant.
------------------------------------------------------------------X

5

376880.1

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: January 25, 2008 |
| NAME OF SERVER: LORI GONZALEZ | TITLE: |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: MOTOR COACH INDUSTRIES, 1700 EAST GOLF ROAD, SCHAUMBURG, IL 60173
Accepted by DAvid Schechtman (Senior Counsel)

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-25-08

Signature of Server: Lori Gonzalez

Address of Server: Capital Security & Investigations, Inc., 917 Lunt Avenue, Schaumburg, IL 60193

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.