United States District Court
Southern Distirict of New York

---

Kirsten Anderson, et al.,

                                          Plaintiff(s)

                  -against-

Greyhound Lines, Inc., et al.,

                                        Defendant(s)

**AFFIDAVIT OF SERVICE**
Case No. 06-Civ-13371 (PKL)

---

State of New York )
                      ss:
County of Albany )

Terri L. Tarullo, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on January 11, 2008 at approximately 12:45 PM deponent served the following specific papers Summons in a Civil Action and Complaint, that the party served was The Goodyear Tire & Rubber Company, by personally serving one copy of the aforesaid papers at the office of the registered agent, Corporation Service Company located at 80 State Street, in the City of Albany, New York by delivering to and leaving papers with Kathy Kreiger-Jewell, a white female with brown hair, being approximately 46-55 years of age; height of 5'4" - 5'8", weight of 100-130 lbs., being an authorized person in Corporation Service Company and empowered to receive such service.

                                                                Terri L. Tarullo

Sworn to before me this 11th day of January, 2008

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010