UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,

                     **Plaintiffs,**

                    **v.**

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                    **Defendant.**

----------------------------------------------------------X

GREYHOUND LINES, INC.,

                    **Third-Party Plaintiff,**

                    **v.**

MOTOR COACH INDUSTRIES, INC.,
                    **Third-Party Defendant.**

----------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,
                    **Plaintiffs,**

                    **v.**

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                    **Defendant.**

----------------------------------------------------------X

GREYHOUND LINES, INC.,

                    **Third-Party Plaintiff,**

                    **v.**

MOTOR COACH INDUSTRIES, INC.,
                    **Third-Party Defendant.**

----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4 3 08

**STIPULATION** Lead Case
Related to 06-13371

**06 CIV. 7108 (PKL)**

**06 CIV. 7110 (PKL)**

382499.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIBO WANG,

                Plaintiff,

                    v.                                06 CIV. 11382 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,

                Third-Party Plaintiff,

                    v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIRSTEN ANDERSON,
                Plaintiff,

                    v.                                06 CIV. 13371 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                    v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------X

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**LAURE BOUDET,**

                     **Plaintiff,**

                 **v.**                                     **07 CIV. 3098 (PKL)**

**GREYHOUND LINES, INC., and THE GOODYEAR**
**RUBBER and TIRE COMPANY,**
                       **Defendants.**
-------------------------------------------------------------X

**GREYHOUND LINES, INC.,**

                     **Third-Party Plaintiff,**

                 **v.**

**MOTOR COACH INDUSTRIES, INC.,**
                       **Third-Party Defendant.**
-------------------------------------------------------------X

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**BETTY DORCE EXUME, as ADMINISTRATRIX OF**
**THE ESTATE OF ANTONIDE DORCE, deceased, and**
**BETTY DORCE EXUME, individually, JACQUELIN**
**BERTRAND and MARIE LILIANE MILARD,**
                       **Plaintiffs,**

                 **v.**                                     **07 CIV. 3289 (PKL)**

**MOTOR COACH INDUSTRIES, INC.,**
                       **Defendant.**
-------------------------------------------------------------X

**GREYHOUND LINES, INC.,**

                     **Third-Party Plaintiff,**

                 **v.**

**MOTOR COACH INDUSTRIES, INC.,**
                       **Third-Party Defendant.**
-------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTIAN YOPA and ABI-SARA MACHOLD,
                     Plaintiff,

              v.                                         **07 CIV. 6889 (PKL)**

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                     Defendants.
-----------------------------------------------------------------X

GREYHOUND LINES, INC.,
                     Third-Party Plaintiff,

              v.

MOTOR COACH INDUSTRIES, INC.,
                     Third-Party Defendant.
-----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,
                     Plaintiffs,

              v.                                         **07 CIV 8364 (PKL)**

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                     Defendants.
-----------------------------------------------------------------X

GREYHOUND LINES, INC.,
                     Third-Party Plaintiff,

               v.

MOTOR COACH INDUSTRIES, INC.,
                     Third-Party Defendant.
-----------------------------------------------------------------X

382499_1                               4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased,
                           Plaintiffs,

                    v.                                    07 CIV 9299 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                           Defendants.
-----------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                    Third-Party Plaintiff,

                    v.

MOTOR COACH INDUSTRIES, INC.,
                    Third-Party Defendant.
-----------------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsels for the parties that the above captioned consolidated matters and the below referenced

matters are hereby consolidated pursuant to F.R.C.P. Rule 42(a) for all purposes.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CINDYLYN LAMARCHE,
                    Plaintiff,

                    v.                                    08 CIV 2438 (PKL)

GREYHOUND LINES, INC.,
                    Defendant.
-----------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LIONEL CADELIS,

              Plaintiff,

              v.                             08 CIV 2439 (PKL)

GREYHOUND LINES, INC.,
              Defendant.
----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,
              Plaintiffs,

              v.                             08 CIV 2440 (PKL)

GREYHOUND LINES, INC.,
              Defendant.
----------------------------------------------------------------X

| FABIANI COHEN & HALL, LLP | TAUB & MARDER |
|---|---|
| Attorneys for Defendant/Third-Party Plaintiff | Attorneys for Plaintiffs |
| GREYHOUND LINES, INC. | TERESITA SANTIAGO, RAMON |
| 570 Lexington Avenue, 4th Floor | LORENZO and TERESITA SANTIAGO, as |
| New York, New York 10022 | mother and natural guardian of KAREN |
| (212) 644-4420 | SANTIAGO DIAZ and HENRY |
| | LORENZO, infants; MARIA MERCEDES |
| | ROSARIO BRETON, FABIAN GARCIA |
| | and PAOLA GARCIA |
| | 450 Seventh Avenue, 37th Floor |
| | New York, New York 10123 |
| | (212) 967-1122 |

**RICH & RICH, P.C.**

_____
Attorneys for Plaintiff
ZIBO WANG
30 Vesey Street
New York, New York  10007
(212) 406-0440


**GOLDBERG SEGALLA, LLP**

_____
Attorneys for Plaintiff
LAURIE BOUDET
5789 Widewaters Parkway
Syracuse, New York  13214
(315) 413-5400
Lisa M. Robinson


**NORMAN LISS, ATTORNEYS-AT-LAW, P.C.**

_____
Attorneys for Plaintiffs
SHERRY ANN GEORGE, SHERRY ANN
GEORGE, as Mother and Natural Guardian
of VOSHONA GEORGE, Infant, and
SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the
ESTATE OF DOREEN GEORGE, Deceased
200 West 57th Street
New York, New York  10019
(212) 586-6165


**KREINDLER & KREINDLER LLP**

_____
Attorneys for Plaintiffs
KIRSTEN ANDERSON, CHRISTIAN
YOPA, ABI-SARA MACHOLD and
CINDYLYN LAMARCHE
100 Park Avenue, 18th Floor
New York, New York  10017
(212) 687-8181


**RUBENSTEIN & RYNECKI, ESQS.**

_____
Attorneys for Plaintiffs
BETTY DORCE EXUME , as
Administratrix of the Estate of ANTONIDE
DORCE, deceased, and BETTY DORCE
EXUME, individually, JACQUELIN
BERTRAND and MARIE LILIANE
MILARD
16 Court Street, Suite 1717
Brooklyn, New York  11241
(718) 522-1020


**THE LIETZ LAW FIRM, PLLC**

_____
David Kevin Lietz, Esquire
DC Bar No. 430557
Admitted Pro Hac Vice
Attorneys for Plaintiffs
CHEIKH SIDY MOHAMED TAMBADOU
and OURY CISSE, Individually and as Co-
Liquidators of the Estate of SOULEYMANE
TAMBADOU
888 16th Street North West
Washington, DC  20006
(202) 349-9869

**HERRICK, FEINSTEIN, LLP**

_____

Attorneys for Defendant
**THE GOODYEAR TIRE & RUBBER
COMPANY**
2 Park Avenue
New York, New York 10016
(212) 592-1400
**OFFICE OF JAY H. TANENBAUM**

_____

Michael B. Zaransky, of Counsel (MZ 2300)
Attorneys for Plaintiff
**LIONEL CADELIS**
110 Wall Street, 16th Floor
New York, New York 10005
(212) 422-1765

**NOVACK BURNBAUM CRYSTAL LLP**

_____

Attorneys for Third-Party Defendant
**MOTOR COACH INDUSTRIES, INC.**
300 East 42nd Street
New York, New York 10017
(212) 682-4002

**LAW OFFICE OF EDWARD P. RYAN**

_____

Attorneys for Plaintiffs
**MAMADOU SAIDOU BAH and GNALEN
BAH**
38 Eagle Street
Albany, New York 12207
(518) 465 - 2488

Dated:  New York, New York
        April 3, 2008

**SO ORDERED**

4/3/08

_____
**USDJ**