# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 06-CV-13371(PKL)                                          Date Filed: 4/3/2008

Plaintiff:
**Kirsten Anderson; and Greyhound Lines, Inc. (Third-Party Plaintiff)**
vs.

Defendant:
**Greyhound Lines, Inc., and The Goodyear Rubber and Tire Company; Motor Coach Industries, Inc. (Third-Party Defendant); and UGL UNICCO f/k/a UNICCO Service Company (Second Third-Party Defendant)**

For:
Kevin B. Pollak
Fabiani, Cohen & Hall, LLP
570 Lexington Avenue
New York, NY 10022

Service Documents:
Third Party Summons In A Civil Action;
Consolidated Second Third Party Complaint and Jury Trial Demanded with Exhibits A, B and C

Received by Edward Bowser & Associates on the 7th day of April, 2008 at 11:05 am to be served on **UGL Unicco, 275 Grove Street, Auburndale, MA 02466**.

I, Edward T. Bowser, III, being duly sworn, depose and say that on the **7th day of April, 2008 at 1:45 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Third Party Summons In A Civil Action; Consolidated Second Third Party Complaint and Jury Trial Demanded with Exhibits A, B and C** with the date of service endorsed thereon by me, to: **Vanessa A. Eustace** as **Associate General Counsel** for **UGL Unicco**, at the address of: **275 Grove Street, Suite 3-200, Auburndale, MA 02466-2239**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 8th day of April, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Edward T. Bowser, III
Process Server

Edward Bowser & Associates
49 Irving Street
Post Office Box 1001
Winchester, MA 01890-8301
(617) 820-0449
Our Job Serial Number: 2008000140
Ref: 818.34464