UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and Natural
Guardian of KAREN SANTIAGO DIAZ and HENRY
LORENZO, infants,
        Plaintiffs,

        v.         06 CIV. 7108 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
        Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,
        Third-Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC.,
        Third-Party Defendant.
------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA MERCEDES ROSARIO BRETON, FABIAN
GARCIA and PAOLA GARCIA,
        Plaintiffs,

        v.         06 CIV. 7110 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
        Defendant.
------------------------------------------------------------X
GREYHOUND LINES, INC.,
        Third-Party Plaintiff,

        v.

MOTOR COACH INDUSTRIES, INC.,
        Third-Party Defendant.
------------------------------------------------------------X

~~STIPULATION~~ ORDER

filed under 06-13371

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ZIBO WANG,
                Plaintiff,

                v.                                          06 CIV. 11382 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KIRSTEN ANDERSON,
                Plaintiff,

                v.                                          06 CIV. 13371 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendant.
------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
------------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAURE BOUDET,
                      Plaintiff,

                      v.                              07 CIV. 3098 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                      Defendants.
-------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                      Third-Party Plaintiff,

                      v.

MOTOR COACH INDUSTRIES, INC.,
                      Third-Party Defendant.
-------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BETTY DORCE EXUME, as ADMINISTRATRIX OF
THE ESTATE OF ANTONIDE DORCE, deceased, and
BETTY DORCE EXUME, individually, JACQUELIN
BERTRAND and MARIE LILIANE MILARD,
                      Plaintiffs,

                      v.                              07 CIV. 3289 (PKL)

MOTOR COACH INDUSTRIES, INC.,
                      Defendant.
-------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                      Third-Party Plaintiff,

                      v.

MOTOR COACH INDUSTRIES, INC.,
                      Third-Party Defendant.
-------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CHRISTIAN YOPA and ABI-SARA MACHOLD,
                Plaintiff,

                v.                              07 CIV. 6889 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendants.
-------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

                v.

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
-------------------------------------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SHERRY ANN GEORGE, SHERRY ANN GEORGE, as
Mother and Natural Guardian of VOSHONA GEORGE,
Infant, and SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the ESTATE OF
DOREEN GEORGE, Deceased,
                Plaintiffs,

                v.                              07 CIV 8364 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
                Defendants.
-------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
                Third-Party Plaintiff,

              v.

MOTOR COACH INDUSTRIES, INC.,
              Third-Party Defendant.
-------------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CHEIKH SIDY MOHAMED TAMBADOU and OURY
CISSE, Individually and as Co-Liquidators of the Estate of
SOULEYMANE TAMBADOU, deceased,
      Plaintiffs,

      v.               07 CIV 9299 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
RUBBER and TIRE COMPANY,
      Defendants.
-------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
      Third-Party Plaintiff,

      v.

MOTOR COACH INDUSTRIES, INC.,
      Third-Party Defendant.
-------------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CINDYLYN LAMARCHE,
      Plaintiff,

      v.               08 CIV 2438 (PKL)

GREYHOUND LINES, INC.,
      Defendant.
-------------------------------------------------------------------------X
GREYHOUND LINES, INC.,
      Third-Party Plaintiff,

      v.

MOTOR COACH INDUSTRIES, INC., UGL
UNICCO, Formerly Known As UNICCO Service
Company and THE GOODYEAR TIRE &
RUBBER COMPANY,
      Third-Party Defendants.
-------------------------------------------------------------------------X

389369.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LIONEL CADELIS,
               Plaintiff,

               v.                                                          08 CIV 2439 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,
               Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
               Third-Party Plaintiff,

               v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,
               Third-Party Defendants.
------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MAMADOU SAIDOU BAH and GNALEN BAH,
               Plaintiffs,

               v.                                                          08 CIV 2440 (PKL)

GREYHOUND LINES, INC., and THE GOODYEAR
TIRE & RUBBER COMPANY,
               Defendants.
------------------------------------------------------------------X
GREYHOUND LINES, INC.,
               Third-Party Plaintiff,

               v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,
               Third-Party Defendants.
------------------------------------------------------------------X

389369.1

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsels for the parties that the above captioned consolidated matters and the below referenced matters are hereby consolidated pursuant to F.R.C.P. Rule 42(a) for all purposes.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**SYLVINA JEAN CLAVIEN and RAPHAEL DANIS,**
         Plaintiffs,

         v.                                                                              08 CIV 3566 (PKL)

**GREYHOUND LINES, INC., and "JOHN DOE", that name being fictitious, his true name being unknown to Plaintiff,**
         Defendants.
-----------------------------------------------------------------X
**GREYHOUND LINES, INC.,**
         Third-Party Plaintiff,

         v.

**MOTOR COACH INDUSTRIES, INC., UGL UNICCO, Formerly Known As UNICCO Service Company and THE GOODYEAR TIRE & RUBBER COMPANY,**
         Third-Party Defendants.
-----------------------------------------------------------------X

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LAUREN BICKFORD-BUSHEY,
          Plaintiff,

          v.                                      08 CIV 4465 (PKL)

GREYHOUND LINES, INC. and THE GOODYEAR
TIRE and RUBBER COMPANY,
          Defendants.
-------------------------------------------------------------------X
GREYHOUND LINES, INC.,
          Third-Party Plaintiff,

          v.

MOTOR COACH INDUSTRIES, INC. and UGL
UNICCO, Formerly Known As UNICCO Service
Company,
          Third-Party Defendants.
-------------------------------------------------------------------X

| FABIANI COHEN & HALL, LLP | TAUB & MARDER |
|---|---|
| *[signature]* (KBP 6098) | *[signature]* |
| Attorneys for Defendant/Third-Party Plaintiff | Attorneys for Plaintiffs |
| GREYHOUND LINES, INC. | TERESITA SANTIAGO, RAMON |
| 570 Lexington Avenue, 4th Floor | LORENZO and TERESITA SANTIAGO, as |
| New York, New York 10022 | mother and natural guardian of KAREN |
| (212) 644-4420 | SANTIAGO DIAZ and HENRY |
| | LORENZO, infants; MARIA MERCEDES |
| | ROSARIO BRETON, FABIAN GARCIA |
| | and PAOLA GARCIA |
| | 450 Seventh Avenue, 37th Floor |
| | New York, New York 10123 |
| | (212) 967-1122 |

389369.1

8

RICH & RICH, P.C.

_____
Attorneys for Plaintiff
ZIBO WANG
30 Vesey Street
New York, New York 10007
(212) 406-0440

GOLDBERG SEGALLA, LLP

_____
Attorneys for Plaintiff
LAURIE BOUDET
5789 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

NORMAN LISS, ATTORNEYS-AT-LAW, P.C.

by: /Howard Podev/
_____
Attorneys for Plaintiffs
SHERRY ANN GEORGE, SHERRY ANN
GEORGE, as Mother and Natural Guardian
of VOSHONA GEORGE, Infant, and
SHERRY ANN GEORGE and ALLISON
IDOHOU, as Co-Administrators of the
ESTATE OF DOREEN GEORGE, Deceased
200 West 57th Street
New York, New York 10019
(212) 586-6165

KREINDLER & KREINDLER LLP

_____
Attorneys for Plaintiffs
KIRSTEN ANDERSON, CHRISTIAN
YOPA, ABI-SARA MACHOLD and
CINDYLYN LAMARCHE
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181

RUBENSTEIN & RYNECKI, ESQS.

_____
Attorneys for Plaintiffs
BETTY DORCE EXUME, as
Administratrix of the Estate of ANTONIDE
DORCE, deceased, and BETTY DORCE
EXUME, individually, JACQUELIN
BERTRAND and MARIE LILIANE
MILARD
16 Court Street, Suite 1717
Brooklyn, New York 11241
(718) 522-1020

THE LIETZ LAW FIRM, PLLC

_____
David Kevin Lietz, Esquire
DC Bar No. 430557
Admitted Pro Hac Vice
Attorneys for Plaintiffs
CHEIKH SIDY MOHAMED TAMBADOU
and OURY CISSE, Individually and as Co-
Liquidators of the Estate of SOULEYMANE
TAMBADOU
888 16th Street North West
Washington, DC 20006
(202) 349-9869

389369.1

9

OFFICE OF JAY H. TANENBAUM

_____
Michael B. Zaransky, of Counsel (MZ 2300)
Attorneys for Plaintiff
LIONEL CADELIS
110 Wall Street, 16th Floor
New York, New York 10005
(212) 422-1765

LAW OFFICES OF NEIL MOLDOVAN

_____
Attorney for Plaintiffs
SYLVINA JEAN CLAVIEN and
RAPHAEL DANIS
One Old Country Road - Suite 270
Carle Place, New York 11514
(516) 294-3300

HERRICK, FEINSTEIN, LLP

_____
Attorneys for Defendant
THE GOODYEAR TIRE & RUBBER
COMPANY
2 Park Avenue
New York, New York 10016
(212) 592-1400

QUIRK and BAKALOR, P.C.

_____ SCT 7761
Attorneys for Third-Party Defendant
UGL UNICCO  except in Bickford-Bushey action
845 Third Avenue, 15th Floor
New York, New York 10022
(212) 319-1000

LAW OFFICE OF EDWARD P. RYAN

_____
Attorneys for Plaintiffs
MAMADOU SAIDOU BAH and GNALEN
BAH
38 Eagle Street
Albany, New York 12207
(518) 465-2488

LAW OFFICE OF MARK SCHNEIDER

_____
Attorneys for Plaintiff
LAUREN BICKFORD-BUSHEY
57 Court Street
Plattsburgh, New York 12901
(518) 566-6666

NOVACK BURNBAUM CRYSTAL LLP

_____
Attorneys for Third-Party Defendant
MOTOR COACH INDUSTRIES, INC.
300 East 42nd Street
New York, New York 10017
(212) 682-4002

389369.1

10

Dated: New York, New York
       June 26, 2008

   SO ORDERED

_____
              USDJ

Case 1:07-cv-03289-PKL   Document 17   Filed 06/26/2008   Page 11 of 11

389369.1

11